IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMESE L. COX, | ) |
| Plaintiff, | ) |
| VS. | ) No. 3:10-cv-0881 |
| | ) Jury Demand |
| WAL-MART STORES EAST, LP, | ) Judge Nixon |
| | ) Magistrate Judge Griffin |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to the dismissal with prejudice of all claims raised by the plaintiff against defendant in the above-captioned action.

APPROVED BY:

s/ Andy Rowlett
Andy Rowlett, No. 16277
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
(615) 244-3370
Attorney for defendant

*So Ordered.*

s/ James Bryan Moseley (with permission by Andy Rowlett)
James Bryan Moseley, No. 21236
Moseley & Moseley
Suite 300, One Church Street
101 Church Street
Nashville TN 37201-1609
#615/254-0140
Attorney for plaintiff